# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2009

Marilyn Kelly,
Chief Justice

138330 & (44)(45)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 138330
COA: 279911
Kalamazoo CC: 05-002384-FH

LATOSHA ANN CARTER,
        Defendant-Appellant.

_____/

      On order of the Court, the motions for immediate consideration and for stay of trial court proceedings are GRANTED. The application for leave to appeal the February 10, 2009 judgment of the Court of Appeals remains pending.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2009

_____
Clerk